United States District Court
Southern District of Texas
**ENTERED**
November 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL VALTE, Individually and on behalf of all others similarly situated | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:16-cv-342 |
| v. | § § | |
| THE UNITED STATES OF AMERICA | § § | JURY TRIAL DEMANDED |
| Defendant | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## AGREED ORDER

On this date, the Court considered the Parties' Agreed Motion to Transfer Venue from the United States District Court for the Southern District of Texas—Corpus Christi Division to the Court of Federal Claims. After reviewing the motion, the Court has decided to grant the motion pursuant to Section 1406(a), the Tucker Act and 28 U.S.C. § 1491(a)(1). Therefore, it is

ORDERED, ADJUDGED and DECREED that the Parties' Agreed Motion to Transfer Venue is hereby in all things GRANTED.

SIGNED this 1st day of November 2016.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE